IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:19-cr-251** |
| | : | |
| **v.** | : | |
| | : | |
| **ADAM SANTANA** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

Before the court is Defendant's Corrected Motion to Suppress the Evidence Obtained Pursuant to the Contingency Warrant (Doc. 22), filed by Defendant Adam Santana ("Santana" or "Defendant"). For the reasons outlined in the accompanying memorandum, it is **HEREBY ORDERED** that the motion is **DENIED**.

                                                      */s/ Sylvia H. Rambo*
                                                      SYLVIA H. RAMBO
                                                      United States District Judge

Date: March 5, 2020