IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:19-CR-00251 |
| | : | |
| **v.** | : | |
| | : | |
| **ADAM N. SANTANA** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, upon consideration of Defendant Adam N. Santana's Motion to Suppress Evidence Produced by the Search of the Parcel Bearing Tracking Number # 9505511017429051176795, (Doc. 46), **IT IS HEREBY ORDERED THAT** the Defendant's motion is **DENIED** for the reasons set forth in the Court's accompanying memorandum.

**SO ORDERED.**

                                                       */s/ Sylvia H. Rambo*
                                                       SYLVIA H. RAMBO
                                                       United States District Judge

Dated: December 14, 2020